SEYFARTH SHAW LLP
Brandon R. McKelvey (SBN 217002)
bmckelvey@seyfarth.com
Timothy B. Nelson (SBN 235279)
tnelson@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:     (916) 448-0159
Facsimile:      (916) 558-4839

SEYFARTH SHAW LLP
Thomas J. Piskorski (admitted *pro hac vice*)
tpiskorski@seyfarth.com
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
Telephone:     (312) 460-5000
Facsimile:      (312) 460-7000

Attorneys for Defendant
COMTRAK LOGISTICS, INC.

MARLIN & SALTZMAN, LLP
Christina A. Humphrey (SBN 226326)
chumphrey@marlinsaltzman.com
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone:     (818) 991-8080
Facsimile:      (818) 991-8081

Attorneys for Plaintiff
SALVADOR ROBLES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ROBLES, individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>COMTRAK LOGISTICS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:13-CV-00161-JAM-AC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND  ORDER RE: DISCOVERY DEADLINES** |

<u>STIPULATION</u>

WHEREAS, pursuant to the April 23, 2013, Stipulation and Order, entered by this Court as docket number 23, the deadline for Defendant to file a Motion to Dismiss Plaintiff's First Amended Complaint was June 3, 2013;

WHEREAS, Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint on June 3, 2013, with a noticed hearing date of July 24, 2013;

WHEREAS, Plaintiff served written discovery, including special interrogatories and requests for production of documents, to Defendant by United States mail on May 2, 2013;

WHEREAS, in order to preserve the parties' and the Court's resources until this Court hears Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, the parties have agreed to a temporary stay on discovery and have reached the following agreement, each subpart below being material and necessary to the entire agreement;

THEREFORE, the parties, through their respective counsel of record, agree to stipulate that:

(a)     The parties agree that they will not serve or propound any additional discovery until, at the earliest, the day after the Court issues its Order on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint;

(b)     All existing discovery is stayed and the discovery deadlines on the existing discovery are extended to thirty (30) days after the date that this Court issues its Order regarding Defendant's Motion to Dismiss Plaintiff's First Amended Complaint;

(c)     Defendant agrees that it will produce the name, last known address, phone number, and dates of affiliation with Defendant of all owner-operators that fall within Plaintiff's proposed class definition (as stated in the First Amended Complaint) within thirty (30) days after the date that this Court issues its Order regarding Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, assuming the Court's order does not dismiss the class claims; and

(d)     The parties agree that Defendant's production of the contact information for the group of owner-operators alleged in the proposed class definition in Plaintiff's First Amended

Complaint, does not constitute a concession or admission that class certification is appropriate or that further class discovery is appropriate. Defendant reserves the right to object to further pre-class certification discovery and to oppose class certification notwithstanding this stipulation.

IT IS SO STIPULATED.

Dated: July 8, 2013                            SEYFARTH SHAW LLP


By:   /s/ Timothy B. Nelson
　　　Thomas J. Piskorski
　　　Brandon R. McKelvey
　　　Timothy B. Nelson
Attorneys for Defendant
COMTRAK LOGISTICS, INC.


Dated: July 8, 2013                            MARLIN & SALTZMAN, LLP


By:   /s/ Christina A. Humphrey
　　　Christina A. Humphrey
Attorneys for Plaintiff
SALVADOR ROBLES


## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.


DATED: July 8, 2013

/s/ John A. Mendez

John A. Mendez
UNITED STATES DISTRICT COURT

2

**STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES**
**Case No. 2:13-CV-00161-JAM-AC**

15736849v.1