SEYFARTH SHAW LLP
Joshua M. Henderson (SBN 197435)
jhenderson@seyfarth.com
Andrew M. McNaught (SBN 209093)
Email: amcnaught@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

SEYFARTH SHAW LLP
Thomas J. Piskorski (admitted *pro hac vice*)
tpiskorski@seyfarth.com
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

SEYFARTH SHAW LLP                       MARLIN & SALTZMAN
Daniel C. Kim (SBN 272680)              Christina A. Humphrey  (SBN 226326)
dckim@seyfarth.com                      Leslie H. Joyner (SBN 262705)
400 Capitol Mall, Suite 2350            29229 Canwood Street, Suite 208
Sacramento, CA  95814                   Agoura Hills, California  91301
Telephone:    (916) 448-0159            Telephone: (818) 991-8080
Facsimile:    (916) 558-4839            Facsimile: (818) 991-8081

Attorneys for Defendant                 Attorneys for Plaintiff
HUB GROUP TRUCKING, INC. (formerly      SALVADOR ROBLES
known as Comtrak Logistics, Inc.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ROBLES, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COMTRAK LOGISTICS, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Appellees | Case No. 2:13-CV-00161-JAM-AC <br><br> **JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT [LOCAL RULE 144]** |

1

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

18741108v.1

## **STIPULATION**

Pursuant to L.R. 144(a), Plaintiff SALVADOR ROBLES, individually and on behalf of others similarly situated, and Defendant HUB GROUP TRUCKING, INC. (formerly known as Comtrak Logistics, Inc.), by and through their undersigned counsel, hereby stipulate and agree to an extension of time of fourteen (14) days for Defendant to respond to the First Amended Complaint.  The grounds for this stipulation are as follows:

WHEREAS, on April 23, 2013, the Parties stipulated that Defendant's first responsive pleading in this action would be due twenty-eight (28) days from the date Plaintiff filed his First Amended Complaint.

WHEREAS, on May 6, 2013, Plaintiff filed his First Amended Complaint against Defendant, making Defendant's responsive pleading due on June 3, 2013.

WHEREAS, on June 3, 2013, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint.

WHEREAS, on December 19, 2014, the Court denied Defendant's Motion to Dismiss Plaintiff's First Amended Complaint resulting in a January 2, 2015 deadline for Defendant's responsive pleading. *See* Fed. R. Civ. Proc. 12(a)(4).

WHEREAS, Plaintiff intends to file a second amended complaint for which Plaintiff will seek leave of court.

WHEREAS, Plaintiff will provide a draft of the proposed second amended complaint to Defendant sometime after the Holiday season, prior to seeking leave of court.

WHEREAS, given the intervening Holiday season, and Plaintiff's intent to pursue a proposed Second Amended Complaint, the Parties have agreed to extend the deadline for Defendant to respond to Plaintiff's First Amended Complaint by fourteen (14) days, to January 16, 2015.

///
///
///

**THEREFORE, THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT THE COURT ORDER** that Defendant shall have an extension of time of fourteen (14) days, until January 16, 2015 to respond to Plaintiff's First Amended Complaint.

Dated: December 29, 2014                         SEYFARTH SHAW LLP


By:   /s/ Daniel C. Kim
        Thomas J. Piskorski
        Joshua M. Henderson
        Andrew M. McNaught
        Daniel C. Kim

Attorneys for Defendant
HUB GROUP TRUCKING, INC. (formerly known as Comtrak Logistics, Inc.)

Dated: December 29, 2014                         MARLIN & SALTZMAN, LLP


By:   /s/ Christina A. Humphrey
        Christina A. Humphrey
        Leslie H. Joyner
Attorneys for Plaintiff
SALVADOR ROBLES

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** Defendant Comtrak shall have until January 16, 2015 to respond to Plaintiff's First Amended Complaint in this matter.

DATED:  December 30, 2014                        /s/ John A. Mendez
                                                 HONORABLE JOHN A. MENDEZ

3

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

18741108v.1